[No. 57590-2-I. Division One. June 4, 2007.]

*In the Matter of the Marriage of* DAWN A. LANO, *Respondent*, and TODD R. HODGEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-3-05046-5, John P. Erlick, J., entered November 23, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57664-0-I. Division One. June 4, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID TIMOTHY BLISS, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-00419-8, Ira Uhrig, J., entered January 5, 2006. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Grosse and Baker, JJ.

[No. 57713-1-I. Division One. June 4, 2007.]

CHAU NGOC NGUYEN ET AL., *Plaintiffs*, NAOMI NGUYEN ET AL., *Appellants*, v. DOAK HOMES, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-00598-1, George T. Mattson, J., entered January 6, 2006. *Affirmed* by unpublished per curiam opinion. Now published at 140 Wn. App. 726.

[No. 57850-2-I. Division One. June 4, 2007.]

MICHAEL S. JONES, *Respondent*, v. THE STATE OF WASHINGTON ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-08819-6, Eric Z. Lucas, J., entered February 9, 2006. *Reversed* and *remanded* by unpublished opinion per Agid, J., concurred in by Baker and Ellington, JJ. Now published at 140 Wn. App. 476.